*E-Filed 9/15/14*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EDWARD SMITH, | No. C 10-0195 RS (PR) |
| Petitioner, | **ORDER DISSOLVING STAY;** |
| v. | **ORDER REOPENING ACTION;** |
| M. D. MACDONALD, et al, | **ORDER DIRECTING PETITIONER TO FILE AN AMENDED PETITION** |
| Respondents. | |

This federal habeas corpus action was stayed to allow petitioner to exhaust some claims in state court. Petitioner has informed the Court that he has exhausted these claims and moves to reopen the action (Docket No. 12). The motion is GRANTED, the stay is DISSOLVED, and the action is REOPENED. The Clerk shall amend the docket accordingly.

**Petitioner shall file an amended petition on or before November 1, 2014.** The first amended petition must include the caption and civil case number used in this order (10-0195 RS (PR)) and the words FIRST AMENDED PETITION on the first page. Because an amended petition completely replaces the previous petitions, petitioner must include in his

1 amended petition **all** the claims he wishes to present.  Petitioner may **not** incorporate material
2 from the prior petition by reference.  Failure to file an amended petition in accordance with
3 this order will result in dismissal of this action without further notice to petitioner.

4       It is petitioner's responsibility to prosecute this case.  Petitioner must keep the Court
5 informed of any change of address by filing a separate paper with the clerk headed "Notice
6 of Change of Address."  He must comply with the Court's orders in a timely fashion or ask
7 for an extension of time to do so.  Failure to comply may result in the dismissal of this action
8 pursuant to Federal Rule of Civil Procedure 41(b).  The order terminates Docket No. 12.

9 **IT IS SO ORDERED**.

10 DATED:  September 15, 2014

      RICHARD SEEBORG
      United States District Judge

**United States District Court**
For the Northern District of California