1

2

3   *E-Filed 10/23/15*

4

5

6

7

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10   SAN FRANCISCO DIVISION

11

12   EDWARD SMITH,                          No. C 10-0195 RS (PR)

13          Petitioner,                     **ORDER DISMISSING PETITION
                                            WITH LEAVE TO AMEND**
14       v.

15   M.D. MCDONALD,

16          Respondent.
                                      /
17

18                          **INTRODUCTION**

19       Petitioner has filed an amended petition for writ of habeas corpus.  This petition is

20   DISMISSED with leave to file an amended petition on or before December 1, 2015.

21                           **BACKGROUND**

22       According to the original petition, in 2006 an Alameda County Superior Court jury

23   convicted petitioner of second degree murder and the possession of a firearm by a felon.  He

24   was sentenced to 60 years to life in state prison.  Petitioner sought, and was denied, relief on

25   direct state review.

26       In 2010, petitioner filed his first federal habeas petition.  The Court issued an order to

27   show cause to respondent, who filed a motion to dismiss the habeas action on grounds that

28
                                            No. C 10-0195 RS (PR)
                                            ORDER DISMISSING PETITION

*United States District Court*
*For the Northern District of California*

1  petitioner failed to exhaust some of his claims.  The motion was granted and the Court stayed

2  the action so that petitioner could exhaust.  When petitioner later filed an amended petition

3  (Docket No. 18), the Court dissolved the stay and issued a second order to show cause to

4  respondent, who now moves to dismiss some claims as unexhausted.  (Docket No. 20.)

5                                          **DISCUSSION**

6        The amended petition raises some concerns.  It omits many claims that were in the

7  original petition.  Whereas the original petition contained nine well-articulated claims, the

8  amended one contains roughly four claims, some of which are new (and unexhausted) and

9  others that are conclusory.  It is unclear whether petitioner meant to add claims to the original

10 petition, or to replace the original petition entirely with the amended one.  In order to clear up

11 any confusion, the first amended petition is DISMISSED with leave to file a second amended

12 one.

13       The Court instructs petitioner as follows.  First, the second amended petition may

14 contain only those claims that have been exhausted.  The first amended petition contains

15 unexhausted claims.  These may not be raised in the new petition.[1]  Any unexhausted claims

16 raised in the new petition will be summarily dismissed.  Second, the second amended petition

17 **entirely** **replaces** the prior petitions.  This means that any claims not included in the new

18 petition will be deemed waived.  Petitioner must include all the claims he wishes to pursue

19 and he may not incorporate any prior petition or claim by reference.  Third, the second

20 amended petition must include the caption and civil case number used in this order (10-0195

21 RS (PR)) and the words SECOND AMENDED PETITION on the first page.

22       Failure to file an amended petition in accordance with this order will result in

23 dismissal of this action without further notice to petitioner.  It is petitioner's responsibility to

24 prosecute this case.  Petitioner must keep the Court informed of any change of address by

25 filing a separate paper with the clerk headed "Notice of Change of Address."  He must

26

27       [1] Petitioner will not be allowed a second opportunity to exhaust these or any other claims.

28

                                                              No. C 10-0195 RS (PR)
                                              2               ORDER DISMISSING PETITION

1  comply with the Court's orders in a timely fashion or ask for an extension of time to do so.

2                                               **CONCLUSION**

3         The first amended petition (Docket No. 18) is DISMISSED with leave to file a second

4  amended petition on or before December 1, 2015.  Because this order addresses the concerns

5  raised in respondent's motion to dismiss (Docket No. 20), that motion is DENIED as moot.

6  The Clerk shall terminate Docket No. 20.

7         **IT IS SO ORDERED**.

8  DATED:  October 23, 2015                    _____

9                                              RICHARD SEEBORG
                                               United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                            No. C 10-0195 RS (PR)
                                                            ORDER DISMISSING PETITION